UNITED STATES of America,
Plaintiff–Appellee

v.

Raymond Garcia CARMONA,
Jr., Defendant–Appellant.

No. 09–11052
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 17, 2010.

Jeffrey Robert Haag, Assistant U.S. Attorney, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Robert C. Heald, Price, Heald & Price, Lubbock, TX, for Defendant–Appellant.

Raymond Garcia Carmona, Jr. Eastland, TX, pro se.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Raymond Garcia Carmona, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Carmona has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED,

counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

